**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

FRANK SCAROLA,

                Plaintiff,

-vs-                                     Case No.  2:10-cv-677-FtM-29SPC

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR THE HOLDERS
OF GSAA HOME EQUITY TRUST 2004-10
ASSET-BACKED CERTIFICATES SERIES 2004-
10, COUNTRYWIDE MORTGAGE
CORPORATION, BANK OF AMERICA, all
associated trust funds relating to the three banks and
their executive officers, all employees or 1099's
who had any hand in assigning transferring or
otherwise disposing of original mortgage and note,

                Defendants.
_____/

**<u>ORDER</u>**

       This matter comes before the Court on Plaintiff's Motion for Permission to be Afforded a

Number and Password and Full Access to the Court's Electronic Network to Deliver, Receive, and

Have Access to the Entire Record of the Case (Doc. #25) filed on March 3, 2011.  The Court's policy

does not allow *pro se* parties access to electronic filing.  Thus, the Motion for an electronic password

is due to be denied.  However, the Court does take into account that the Plaintiff is *pro se* and filing

documents by mail or hand delivery and applies the mail box rule from Fed. R. Civ. P. 6 for any

responses and filings that are due from the Plaintiff.

       The Court notes that Plaintiff's Motion did not include his signature.  The Plaintiff is

cautioned that all pleadings must be signed pursuant to the Local Rule of the Middle District of

Florida.  <u>See</u> Local Rule 1.05(d).  Failure to comply with this requirement in the future could result in Plaintiff's motions being denied without further consideration.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Permission to be Afforded a Number and Password and Full Access to the Court's Electronic Network to Deliver, Receive, and Have Access to the Entire Record of the Case (Doc. #25) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __8th__ day of March, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record